JS - 6

**FILED: 4/9/14**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Tutor-Saliba-Perini, J.V., et al.* | CASE NO. CV 13-6795-GHK (Ex) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| *Los Angeles County Metropolitan Transportation Authority* | |
| **Defendant.** | |

  Pursuant to the Court's March 4, 2014 and April 9, 2014 Orders, IT IS HEREBY ADJUDGED that Plaintiffs' claims against Defendant are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

  **IT IS SO ORDERED**.

DATED: April 9, 2014

_____
GEORGE H. KING
Chief United States District Judge